# IN THE MATTER OF WILLIAM MACOMB, AN ABSENT JUROR

## 1811

### JOURNAL ENTRIES

1. Order for citation . . . . . . . . *Journal, infra,* \*p. 367
2. Excused for 4 days . . . . . . . . . . . " 369

### PAPERS IN FILE
[None]

# JOSEPH WEAVER
### v.
# JONATHAN NELSON

## 1811

### JOURNAL ENTRIES

1. Reference . . . . . . . . . . . *Journal, infra,* \*p. 367
2. Award of referees . . . . . . . . . . . " 405
3. Judgment . . . . . . . . . . . . " 408

### PAPERS IN FILE

1. Subpoena for John Shaw and Abraham Gunner . . . . . . .
2. Subpoena for Josette Allard, Henry J. Hunt and John Shaw . . . . . . . . . . . . . .
3. Award of referees . . . . . . . . . . . .
4. Fieri facias and return . . . . . . . . . .